IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STEVEN STRICKLAND and MEGAN MITCHELL,<br><br>    Plaintiffs,<br><br>    vs.<br><br>EVERGREEN MARINE CORPORATION (TAIWAN) LTD. (EVERGREEN LINE), a foreign corporation, P.T. ASURANSI RAMA SATRIA WIEBAWA, a foreign corporation, ABCO INTERNATIONAL FREIGHT (USA) INC., a foreign corporation, and THE M/V EVER DELUXE, Official No. 25287098A, her engines, apparel, electronics, tackle and appurtenances, etc.,<br><br>    Defendants. | Civil No. 05-695-PK<br>O R D E R |

AIKEN, Judge:

This court entered a default judgment against defendant P.T. Asuransi Rama Satria Wiebawa on September 23, 2005, in the amount of $40,871.24, plus attorney fees and costs[1]. Plaintiffs have now submitted an accounting of their reasonable fees. Plaintiffs are awarded reasonable attorney fees in the amount of $8,997.50, and costs in the amount of $1,303.00, for a total award of

---

[1] Plaintiffs are entitled to recover attorney's fees pursuant to Or. Rev. Stat. 742.061.

1 - ORDER

$10,300.50. Plaintiffs' request for an "anticipatory" fee award in the amount of $5,000.00 is denied. The court grants leave for the plaintiffs to renew their fee request should additional fees be generated in this matter.

In support of plaintiffs' fee award, the court relies on the detailed affidavit of plaintiff's counsel. I find that the number of hours and the hourly rate charged were reasonable and necessary.

## CONCLUSION

Plaintiffs are awarded their reasonable attorneys fees and costs (doc. 22) in the amount of $10,300.50.

IT IS SO ORDERED.

Dated this __18__ day of October 2005.

                                        /s/ Ann Aiken
                                        Ann Aiken
                                United States District Judge

2 - ORDER