FILED'07 JUL 11 13:24USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STEVEN STRICKLAND and MEGAN MITCHELL,<br><br>      Plaintiffs,<br><br>  v.<br><br>EVERGREEN MARINE CORP. (TAIWAN) LTD. (EVERGREEN LINE), a foreign corporation; P.T. ASURANSI RAMA SATRIA WIBAWA, a foreign corporation; ABCO INTERNATIONAL FREIGHT (USA), INC., a foreign corporation; THE M/V EVER DELUXE, Official No. 25287-98A, her engines, apparel, electronics, tackle and appurtenances, etc.; and MMC TRANSPORTATION, INC., a California corporation,<br><br>      Defendants. | Civ. No. 05-695-PK<br><br>**ORDER** |

**KING, J.**

    Plaintiffs move to dismiss without prejudice under Federal Rule of Civil Procedure 41(a)(2). I grant plaintiffs' motion to

1 - ORDER

dismiss without prejudice except as to plaintiffs' first and fourth claims against Abco, which I dismiss with prejudice in accordance with this court's previous rulings.

## CONCLUSION

Plaintiffs' amended motion to dismiss (#110) is granted without prejudice except as to plaintiffs' first and fourth claims against Abco, which are dismissed with prejudice. Abco's motion for summary judgment (#103) on plaintiffs' second claim (negligence) is denied as moot. All other pending motions are denied as moot.

IT IS SO ORDERED.

DATED this 11th day of July, 2007.

_____
Garr M. King
United States District Judge

2 - ORDER